**Order entered October 8, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00641-CV

## ARTURO HERNANDEZ AND ALICE MA, Appellants

## V.

## BIG D CONCRETE, INC., Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-06748-2018

### ORDER

The clerk's record in this appeal has not been filed because appellants have not paid the fee. By letter dated September 25, 2020, we directed appellants to file, within ten days, written verification that either they had paid or made arrangements to pay the fee or are entitled to proceed without payment of costs. Although we cautioned that failure to do so could result in dismissal of the appeal without further notice, to date they have not complied. *See* TEX. R. APP. P. 37.3(b). Accordingly, we **ORDER** appellants to file the requested verification **no later**

**than October 19, 2020**.  We again caution appellants that *failure to comply may result in dismissal of the appeal without further notice*.  *See id.*

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE